UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARVEY RUFFIN,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

Defendants.

Case No. 26-cv-13616

Honorable Robert J. White

**ORDER GRANTING JOINT MOTION COMPELLING ARBITRATION AND STAYING CASE**

This matter coming to be heard on Defendant Credit Acceptance Corporation's Joint Motion Compelling Arbitration and Staying the Case, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows: (i) the motion is granted and Plaintiff Harvey Ruffin and Defendant Credit Acceptance Corporation shall proceed to arbitration pursuant to the Arbitration Clause in the Retail Installment Contract; (ii) the case is stayed as to Defendant Credit Acceptance Corporation only; and (iii) the Court shall retain jurisdiction for the sole purpose of confirming, vacating, or correcting any arbitration award.

Dated: November 17, 2026

s/Robert J. White
Robert J. White
United States District Judge